IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Timothy Matthews
   Plaintiff

   vs

Mountaire farms of Delaware
   Defendant

Civil Action No. 06-330

## MOTION FOR COUNCIL

I have been unable to obtain legal Council though the lawyer Referal office. And I am not financially able to obtain a lawyer to represent and or give me legal advice in this case. So I am requesting that the Court appoint me legal Council in regards to this case.

Timothy Matthews

*Timothy Matthews* (signature)

P.O. BOX 1453
Seaford, Del. 19973
(302) 381-7197