IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 06-330 GMS |
| | ) |
| MOUNTAIRE FARMS OF DELAWARE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

At Wilmington this 12th day of June, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

/s/ Judge
United States District Judge