OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo　　　　　　　　　　　　　　　　　　　　　　　　LOCKBOX 18
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　844 KING STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. COURTHOUSE
　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON, DELAWARE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 573-6170

October 5, 2006

TO:　Timothy Matthews
　　　P O Box 1453
　　　Seaford, DE 19973

　　　**RE:　U.S. Marshal 285 Forms**
　　　　　*Civil Action #06-330(GMS)*

Dear Mr. Matthews:

　　　Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

　　　Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,


/bad　　　　　　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　　　　　　　CLERK

cc:　The Honorable Gregory M. Sleet
　　　U.S. Marshal
　　　Pro Se Law Clerk