IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | \| |
| Plaintiff, | \| |
| v. | \| C.A. No. 06-330 GMS |
| MOUNTAIRE FARMS OF DELAWARE, | \| |
| Defendant. | \| |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Roger D. Landon, Esq., on behalf of the Defendant.

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorney for Defendant

October 25, 2006

00136433

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | \| |
| Plaintiff, | \| |
| v. | \|  C.A. No. 06-330 GMS |
| MOUNTAIRE FARMS OF DELAWARE, | \| |
| Defendant. | \| |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 25th day of October, 2006, a copy of the ENTRY OF APPEARANCE was delivered via First Class Mail to the following individual:

Timothy Matthews
P.O. Box 1453
Seaford, DE  19973

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant

00136434