UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MATTHEWS, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 06-330 |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS | * | |
| OF DELAWARE, | * | |
| | * | |
| Defendant. | * | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR M. BREWER PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached Certification, the undersigned counsel moves for the admission *pro hac vice* of Arthur M. Brewer, Esquire (the "Admittee"), of Shawe & Rosenthal, LLP, 20 S. Charles Street, Baltimore, MD 21201, to represent Defendant Mountaire Farms of Delaware in the above-captioned case.

                                                                                      _____
Roger D. Landon (Del. Bar. No. 2460)
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, Delaware 19805
(302) 472-8100
*Attorney for Defendant*

Dated: 11-1-06

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation and course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                                                    _____
                                                                                     Arthur M. Brewer
                                                                                     Shawe & Rosenthal, LLP
                                                                                     20 S. Charles Street, 11th Floor
                                                                                     Baltimore, MD 21201

Dated: October 30, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MATTHEWS, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 06-330 |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS OF DELAWARE, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

IT IS HEREBY ORDERED, this ____ day of _____, 2006, that counsel's motion for admission *pro hac vice* of Arthur M. Brewer is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copies of the foregoing Motion for Admission *Pro Hac* Vice of Arthur M. Brewer, Certification, and form of Order were served this __1__ day of November, 2006, by First Class mail, postage prepaid, upon:

>Timothy Mathews
>P. O. Box 1453
>Seaford, DE 19973
>
>*Pro Se Plaintiff*

_____
Roger D. Landon

#142192