IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MATTHEWS | ) | |
| | ) | |
|     *Pro Se* Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-330 GMS |
| | ) | |
| MOUNTAIRE FARMS OF | ) | |
| DELAWARE | ) | |
| | ) | |
|     Defendant | ) | |

### SCHEDULING ORDER

At Wilmington this 7th day of Nov., 2006, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before January 8, 2007.

2. **Discovery**. All discovery shall be initiated so that it will be completed on or before May 8, 2007.

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk.

4. The parties shall not send or deliver any correspondence to Chambers. All correspondence and pleadings must be filed directly with the Clerk of the Court. It shall be the responsibility of the parties to inform the court of any change of address.

5. **Summary Judgment Motions**. All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before July 9, 2007. The Answering brief shall be filed on or before July 23, 2007, and the Reply brief due on or before August 6, 2007.

6. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to chambers at (302) 573-6470.

Any request for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

_____
UNITED STATES DISTRICT JUDGE

