## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MATTHEWS, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 06-330 GMS |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS | * | |
| OF DELAWARE, *et al.* | * | |
| | * | |
| Defendants. | * | |
| _____/ | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Mountaire Farms of Delaware, Inc., Roland Lynch, Wells Betts, Al Pascaul, Jr., Claudia Pittman, Lori Carey, and Linda Mitchell, hereby move this Court for summary judgment as to all counts in this action pursuant to Rule 56 of the Federal Rules of Civil Procedure.  As explained more fully in the accompanying Opening Brief in Support of Defendants' Motion for Summary Judgment and the Appendix, the undisputed evidence shows that there is no genuine issue of material fact for trial and that the Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

/s/ Roger D. Landon_____
Roger D. Landon (Del. Bar. No. 2460)
MURPHY & LANDON
1011 Centre Road, #210
Wilmington, Delaware 19805
Telephone:  (302) 472-8100
Facsimile:  (302) 472-8135

/s/ Arthur M. Brewer
_____
Arthur M. Brewer (Admitted *Pro Hac Vice*)
Eric Hemmendinger
Teresa D. Teare
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD  21201
Telephone:  (410) 752-1040
Facsimile:   (410) 752-8861

*Attorneys for Defendants*

July 9, 2007

## CERTIFICATE OF SERVICE

This is to certify that Defendants' Motion for Summary Judgment, Opening Brief in Support of Motion for Summary Judgment and Appendix to the Opening Brief were served this 9th day of July, 2007, by First Class mail, postage prepaid, upon:

Timothy Matthews
P. O. Box 1453
Seaford, DE  19973


*/s/ Roger D. Landon*
Roger D. Landon, No. 2460