UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Timothy Matthews
Plaintiff

Vs.

C.A. No. 06-330 GMS

Mountaire Farms of De., et. Al.

REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Timothy Matthews, ProSe hereby by request for enlargement of time to respond to Defendants Counsel Motion for Summary Judgment and in support avers as follows:

1. Plaintiff has spoken to counsel Maggie Clausell of Dover, Delaware in hopes of obtaining her representation in this matter.
2. Plaintiff is providing all requested documents to Attorney Clausell, for legal representation in this matter.
3. Due to Plaintiff obtaining the assistance of counsel, plaintiff request an extension of time to respond to the above reference motion.

WHEREFORE Plaintiff respectfully request for an extension of time to file a response to Defendants Motion for Summary Judgment.

Respectfully yours,

Timothy Matthews

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Timothy Matthews
Plaintiff

Vs.

C.A. No. 06-330 GMS

Mountaire Farms of De., et. Al.

REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Timothy Matthews, ProSe hereby by request for enlargement of time to respond to Defendants Counsel Motion for Summary Judgment and in support avers as follows:

1. Plaintiff has spoken to counsel Maggie Clausell of Dover, Delaware in hopes of obtaining her representation in this matter.
2. Plaintiff is providing all requested documents to Attorney Clausell, for legal representation in this matter.
3. Due to Plaintiff obtaining the assistance of counsel, plaintiff request an extension of time to responde to the above reference motion.

WHEREFORE Plaintiff respectfully request for an extension of time to file a response to Defendants Motion for Summary Judgment.

Respectfully yours,

Timothy Matthews

Timothy Matthews

CERTIFICATE OF SERVICE

Plaintiff, Timothy Matthews certify that on 17th August 2007 a copy of Plaintiff REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT was mail US Mail Prepaid Postage to the following:

Roger Landon
Murphy & Landon Law Firm
1011 Centre Road, #210
Wilmington, De.
19805

Authur Brewer
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, Md.
21201

P.O. Box 1453
Seaford De
19973

WILMINGTON DE 197
17 AUG 2007 PM 2 T
To: Clerk of Court
U.S. District Court - De
844 N. King Street
Lockbox 18
Wilm. De
19801
U.S.M
X-RA
19801+3519