IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS )<br>)<br>    *Pro Se* Plaintiff )<br>)<br>v. )<br>)<br>MOUNTAIRE FARMS OF )<br>DELAWARE )<br>)<br>    Defendant ) | Civil Action No. 06-330 GMS |

### ORDER

WHEREAS, on May 19, 2006, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on November 7, 2006, a scheduling order was issued in this case (D.I. 12);

WHEREAS, on July 9, 2007, the defendant filed a motion for summary judgment (D.I.18 and D.I. 19);

WHEREAS, on August 20, 2007, the plaintiff filed a motion for extension of time within which to respond to the defendant's motion for summary judgment (D.I. 21);

WHEREAS, on August 27, 2007, the defendant filed an opposition to the plaintiff's motion for extension of time (D.I. 22);

IT IS HEREBY ORDERED that:

The plaintiff's motion is GRANTED. The plaintiff is given an additional 10 days from the date of this Order within which to file his response to the motion for summary judgment. No further extensions of time will be granted.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

October ___30___, 2007