UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TIMOTHY MATTHEWS,     *
        Plaintiff,     *
                            * Civil Action No. 06-330 GMS
v.     *

MOUNTAIRE FARMS OF     *
DELAWARE, INC. et al.,     *
        Defendants.

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Maggie Clausell, Esq. in the above captioned case on behalf of the Plaintiff, Timothy Matthews.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

*/s/ M. Clausell*

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street, Ste. 205
Dover, DE 19901
302-678-7644 (voice)
302-678-0771 (fax)

DATE: November 12, 2007