UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | * |
| | * |
| Plaintiff, | * Civil Action No. 06-330 GMS |
| | * |
| v. | * |
| | * |
| | * |
| MOUNTAIRE FARMS OF | * |
| DELAWARE, INC. et al., | * |
| Defendants. | |

### NOTICE OF FILING WITH THE CLERK'S OFFICE

NOTICE is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court under seal and are available in paper form only:

Exhibit #2 to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment

Exhibit #3 to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment

and two copies were delivered by courier to the following counsel of record:

Roger D. Landon
Murphy & Landon
1011 Centre Road, Ste. 210
Wilmington, DE 19805

The original documents and one copy are maintained in the case file in the Clerk's Office.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell

Maggie Clausell, Esq.
Bar ID # 4532
9 E. Loockerman Street, Ste. 205
Dover, DE 19901
302-678-7644 (voice)
302-678-0771 (fax)

DATE: November 19, 2007