UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | * |
| Plaintiff, | * |
| | * Civil Action No. 06-330 GMS |
| v. | * |
| MOUNTAIRE FARMS OF DELAWARE, INC. et al., | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I, Maggie Clausell, hereby certify that on November 19, 2007, I electronically filed the attached NOTICE OF FILING WITH THE CLERK'S OFFICE with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Roger D. Landon
Murphy & Landon
1011 Centre Road, Ste. 210
Wilmington, DE 19805

LAW OFFICE OF MAGGIE CLAUSELL, LLC

_____
Maggie Clausell, Esq.
Bar ID # 4532
9 E. Loockerman Street, Ste. 205
Dover, DE 19901
302-678-7644 (voice)
302-678-0771 (fax)

DATE: November 19, 2007