UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY MATTHEWS, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 06-330 |
| v. | * | |
| | * | |
| MOUNTAIRE FARMS | * | |
| OF DELAWARE, *et al.* | * | |
| | * | |
| Defendant. | * | |

**AMENDED CERTIFICATE OF SERVICE**

This is to certify that Defendants' Reply Brief in Support of their Motion for Summary Judgment, was served this 10th day of December, 2007, via the Court's Electronic Case Filing System, upon:

>Maggie Clausell, Esq.
>Law Office of Maggie Clausell, LLC
>9 E. Loockerman Street, Suite 205
>Dover, DE 19901
>
>*Counsel for Plaintiff*

Respectfully submitted,

_____/S/_____
Roger D. Landon (Del. Bar. No. 2460)
MURPHY & LANDON
1011 Centre Road, #210
Wilmington, Delaware 19805
Telephone: (302) 472-8100
Facsimile: (302) 472-8135

*Counsel for Defendants*