

# Law Office of Maggie Clausell, LLC

9 East Loockerman St., Suite 205, Dover, DE 19901
Direct: 302.678.7644 • Toll Free 888.678.3446 • Fax: 302.678.0771

April 7, 2008

The Honorable Judge Gregory Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Dear Honorable Sleet:

RE: Matthews v. Mountaire Farms, CA 06-330 GMS

In follow up to our telephone conversation with your office regarding the above captioned case, we do not have an exhibit which documents my client's "initial complaint". I spoke with my client and he did not file an initial written complaint with his supervisor, Mr. Lynch. He did have conversations with Mr. Lynch regarding the matter as evidenced by Mr. Lynch's verified affidavit (Defendant's Exhibit A, ¶8-9).

Thank you for your assistance in this matter.

Sincerely,

Maggie Clausell, Esq.
Attorney for the Plaintiff, Timothy Matthews

Cc: Defendant's Counsel

FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# LAW OFFICE OF MAGGIE CLAUSELL
## 9 EAST LOOCKERMAN STREET, STE 205
## DOVER, DE 19901

(302) 678-7644(Phone Number)
(302) 678-0771(Fax Number)

FAX TRANSMITTAL FORM

To: Judge Sleet's Chamber

From: Maggie R. Clausell
Date Sent: 4/7/08

CC:
Number of Pages: 2
Phone:
Fax (302) 573-6472

Message:
- ☑ URGENT
- ☐ FOR REVIEW
- ☐ PLEASE COMMENT
- ☐ PLEASE REPLY