IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | * |
| Plaintiff, | * |
| v. | * C. A. 06-330 GMS |
| MOUNTAIRE FARMS OF DELAWARE, INC. et al., | * |
| Defendants. | * |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that TIMOTHY MATTHEWS, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Summary Judgment in favor of the Defendants in this matter entered on April 22, 2008.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
302-678-7644
May 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY MATTHEWS, | * |
| Plaintiff, | * |
| v. | * C. A. 06-330 GMS |
| MOUNTAIRE FARMS OF DELAWARE, INC. et al., | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2008, Plaintiff's Notice of Appeal was forwarded to the below-listed counsel via Electronic Filing:

Roger D. Landon
Murphy & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
May 21, 2008